E-FILING

1 **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

2 Name: _Bagley_ _Lee_ _S_
3    (Last)           (First)         (Middle Initial)

*ADR*

4 Prisoner Number: _15001922_   _DXK-176_

5 Institutional Address: _____

*FILED*

6 _____

7 ===========================================

*APR 25 2016*

8 **UNITED STATES DISTRICT COURT**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 _Lee Scott Bagley_
(Enter your full name.)

11

12          vs.                    **CV 16 2250**
                                    Case No. _____
13 _Santa Clara County_            (Provided by the clerk upon filing)
   _Santa Clara Dept Correction_   **COMPLAINT UNDER THE**
14 _ET AL_                          **CIVIL RIGHTS ACT,**
                                    **42 U.S.C. § 1983**    PSG
15 (Enter the full name(s) of the defendant(s) in this action.)

16

17 **I. Exhaustion of Administrative Remedies.**

18 **Note:** You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.
19

20 A.   Place of present confinement   _JUST Released 3-13-16_

21 B.   Is there a grievance procedure in this institution?   **YES** ☒   **NO** ☐

22 C.   If so, did you present the facts in your complaint for review through the grievance

23      procedure?   **YES** ☒   **NO** ☐

24 D.   If your answer is YES, list the appeal number and the date and result of the appeal at each

25      level of review.  If you did not pursue any available level of appeal, explain why.

26      1. Informal appeal: _Enclosed Entity complaint_
27      _Being Filed- AT County + State level_
28      _"WAITING FOR Reply"_

PRISONER COMPLAINT (rev. 8/2015)
Page 1 of 3

_SEE PICTURES_
_ENClOSEd_

2. First formal level: ASSAULT ) INJURIES )
Grievances Filed ) Medical Etc /
NO Relief Granted

3. Second formal level: ⟋

4. Third formal level: ENITY complaint Filed
Prematurely 2015  Have All INFO NOW,
Refiling Enity complaint / county + State,

E.   Is the last level to which you appealed the highest level of appeal available to you?

YES ☑   NO ☐

F.   If you did not present your claim for review through the grievance procedure, explain why.

TRIED / REFUSED ) Gains Trough
County Government Complaint
Process Which WAS DENIED,

## II.  Parties.

A.   Write your name and present address.  Do the same for additional plaintiffs, if any.

Homeless / All MAIL TO Be SENT
Trough '80 SOUTH MARKET ST
San JOSE CA 9513 ( IN Care OF JOSEPH Rubino

B.   For each defendant, provide full name, official position and place of employment.

DEPARTMENT OF CORRECTIONS
NAMES DIS closed ( ater )
FOR 42 USC, 1983
ENITY Action NOT IN Process.
SUNNYVALE Police
City OF SUNNY VALE
OFFICER LIMA / Others TO BT
                    DisClosed Later

PRISONER COMPLAINT (rev. 8/2015)
Page 2 of 3

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

"See FActs Enclosed"

For 42 USC prisoners     REAO
"Complaint"              ALL

See FActs For Civil Citizen
Rights Equal ProtectioN
"Complaint"
Statement of Case Enclosed →

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

(All)"

Fully Compensated losses
property, Physical, Mental
Over $200,000 Plus
Loss of Home/ Loss of Job / loss
of Pyhsical well being,
Disabled

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 4-27-16     Lee Bagley

_____
Date                    Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3